**590-15**

CCA #   13-12-00651-CR

OFFENSE:   Murder

STYLE:   SAMUEL ARRENADO A/K/A SAMUEL ARREN FERRALEZ v. THE STATE OF TEXAS

COUNTY:   Tarrant

TRIAL COURT:   371st District Court
TRIAL COURT #:   1246930d
TRIAL COURT JUDGE:   Hon. Mollee Westfall
DISPOSITION: Affirmed
DATE:   02/13/14
JUSTICE:   Gregory T. Perkes   PC ___ S ____
PUBLISH: _____      DNP: ___x_____

MOTION FOR REHEARING IS: N/A
    DATE:
    JUDGE: Gregory T. Perkes

CLK RECORD:   1
RPT RECORD:   9vol. & 3 exhibit vol. and audio
STATE BR:   1
APP BR:   1

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA #   **590-15**

----------------------

___PRO SE___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___STRUCK___

DATE: _10/14/2015_

JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

___PRO SE___ PETITION
FOR DISCRETIONARY REVIEW
IS _DISMISSED AS UNTIMELY_
DATE _11/25/2015_
✳ ⁓ Per Curiam